# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTERN VALUES PROJECT, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendant*. | Civil Action No.: 18-2336 (CRC) |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit this status report pursuant to the Court's November 15, 2018 Minute Order. *See* Min. Order (Nov. 15, 2018).

1.  At issue are thirteen Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant in 2017 and 2018.

2.  Since Defendant filed is Answer, the Parties have been conferring about Defendant's processing of these FOIA requests.

3.  To date, Defendant has completed several searches in response to the FOIA requests, already identifying more than 60,000 pages of potentially responsive records. The search process, however, remains ongoing.

4.  The Parties have agreed that they will continue to confer about these searches to determine if their scope can be narrowed and how the review of potentially responsive records may be prioritized. While the Parties confer, Defendant has agreed that it will begin a monthly review of the potentially responsive records, reviewing 500 pages of records each month and releasing all responsive, non-exempt records identified through that review.

5. To allow the Parties to continue conferring about the scope of Plaintiffs' FOIA requests, the Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that they will file another status report by January 7, 2019.

December 6, 2018                                     Respectfully submitted,

JESSIE K. LIU
D.C. BAR #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

By:     */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant*


*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873.1743
hart.wood@americanoversight.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESTERN VALUES PROJECT, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>*Defendant*. | Civil Action No.: 18-2336 (CRC) |

### **[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report, and the entire record herein, it is hereby

**ORDERED** that the Parties shall file another status report by January 7, 2019.

**SO ORDERED**.

_____                                             _____
Date                                                                                                  United States District Judge