**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESTERN VALUES PROJECT, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF THE INTERIOR, *Defendant*. | Civil Action No.: 18-2336 (CRC) |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS**
**IN LIGHT OF LAPSE IN APPROPRIATIONS**

The parties are scheduled to file a Joint Status Report on January 7, 2019.  Defendant hereby moves for a stay of the above-captioned civil action for the following reasons:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed.  The same is true for several other executive agencies.  The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Counsel for the Department of Justice therefore requests a stay of this civil action until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court within two days after Congress has appropriated funds for the Department.  Defendant

respectfully requests that all current deadlines for the parties be extended commensurate with the calendar day duration of the lapse in appropriations.

5.  Counsel for the government has conferred with Plaintiff's counsel who takes no position with respect to tolling deadlines for the length of the lapse in appropriations, provided it is reasonably short, but oppose any more general stay of the matter.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay of this case as applied to the duties of the government until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated:  January 7, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

_____Heather Graham-Oliver_____
On Behalf of BRIAN FIELD
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2551
Fax: (202) 252-2599
bfield1@usa.doj.gov

*Counsel for Defendant*